# United States District Court

DISTRICT OF __Massachusetts__

2004 JAN 23  A 11: 53

James J. Nizzo and Virginia C. Nizzo, As Joint Tenants, and Carlo Ciliberti, On Behalf of Themselves And All Others Similarly Situated,

v.

Biopure Corporation, Thomas A. Moore, Carl W. Rausch, and Ronald F. Richardson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-10065NG

TO: (Name and address of defendant)

Biopure Corporation
11 Hurley Street
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Stenger
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  January 12, 2004

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>January 19, 2004 |
| NAME OF SERVER<br>RAVI PAHUJA | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to   **Mr. Jim Burgholzer, Receptionist and**
Duly Authorized Agent for the within-named   **Defendant, Biopure Corporation.**
Said service was made at:
   **11 Hurley Street, Cambridge**   , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 24.00 | $ 24.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 19, 2004
Date

Signature of Server: *Ravi Pahuja*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | ALSO SERVED: | $_____.00 |
| | | - CIVIL ACTION COVER SHEET | $_____.00 |
| | | - CATEGORY SHEET | $_____.00 |
| | | - COVER LETTER | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:   $_____.00   No service was made because when constable arrived at said address he discovered said address to be    TOTAL   $_____.00

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #         (617) 720-5737