&lt;HELP&gt; for explanation.                                           P060 Equity **HP**

## Comp/CLOSE/PRICE

BIOPURE CORP              (BPUR    US)        PRICE 1.79        Q    $    DELAYED
                                                            HI 2.61      ON 12/30/03
Range 12/26/03 to 3/ 1/04     Period D Daily   AVE 2.0295    VL   1104555
                         USD     Market T Trade    LOW 1.36      ON  2/24/04

|   | DATE  | PRICE | VOLUME  |   | DATE | PRICE | VOLUME  |   | DATE | PRICE | VOLUME  |
|---|-------|-------|---------|---|------|-------|---------|---|------|-------|---------|
| F |       |       |         | F | 2/13 | 2.12  | 1085488 | F | 1/23 | 2.09  | 543610  |
| T |       |       |         | T | 2/12 | 2.06  | 1017778 | T | 1/22 | 2.06  | 738922  |
| W |       |       |         | W | 2/11 | 1.93  | 441975  | W | 1/21 | 2.22  | 578078  |
| T |       |       |         | T | 2/10 | 1.87  | 510192  | T | 1/20 | 2.23  | 1657382 |
| M | 3/ 1  | 1.79  | 406200  | M | 2/ 9 | 1.86  | 322993  | M | 1/19 |       |         |
| F | 2/27  | 1.78  | 1205734 | F | 2/ 6 | 1.93  | 347555  | F | 1/16 | 2.02  | 825830  |
| T | 2/26  | 1.59  | 1088220 | T | 2/ 5 | 1.88  | 225317  | T | 1/15 | 1.99  | 1374840 |
| W | 2/25  | 1.42  | 1299687 | W | 2/ 4 | 1.86  | 470128  | W | 1/14 | 1.88  | 973847  |
| T | 2/24  | L1.36 | 3513561 | T | 2/ 3 | 1.93  | 411181  | T | 1/13 | 1.91  | 2670596 |
| M | 2/23  | 1.62  | 1060401 | M | 2/ 2 | 1.85  | 485001  | M | 1/12 | 2.06  | 1777921 |
| F | 2/20  | 1.78  | 1578405 | F | 1/30 | 1.86  | 1465165 | F | 1/ 9 | 2.23  | 800781  |
| T | 2/19  | 1.95  | 491905  | T | 1/29 | 2.03  | 468694  | T | 1/ 8 | 2.26  | 2082591 |
| W | 2/18  | 1.96  | 464825  | W | 1/28 | 2.06  | 497823  | W | 1/ 7 | 2.38  | 533320  |
| T | 2/17  | 2.05  | 431694  | T | 1/27 | 2.129 | 331904  | T | 1/ 6 | 2.44  | 661816  |
| M | 2/16  |       |         | M | 1/26 | 2.16  | 423139  | M | 1/ 5 | 2.47  | 666902  |

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2004 Bloomberg L.P.
                                                                                G689-429-0 01-Mar-04 10:51:24