UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. NIZZO and VIRGINIA C. NIZZO, As Joint Tenants, and CARLO CILIBERTI, On Behalf of Themselves And All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS,<br><br>Defendants. | Civil Action No.04-CV-10065<br>Honorable Nancy Gertner |

## AMENDED NOTICE OF WITHDRAWAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, and in light of the several other similar lawsuits representing greater stockholdings, Plaintiffs hereby dismiss this action (District of Massachusetts Civil Action No. 04-CV-10065).

Dated: April 20, 2004

                                    Respectfully submitted,

                                    PERKINS SMITH & COHEN LLP,
                                    *Counsel for Plaintiffs,*

                                    Susan E. Stenger
                                    One Beacon Street, 30th Floor
                                    Boston, Massachusetts 02108-3106
                                    Telephone: (617) 854-4000

POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100


WECHSLER HARWOOD LLP
Robert Harwood
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400



Perkins Smith & Cohen LLP
Attorneys at Law

Susan E. Stenger
617-854-4228
sstenger@pscboston.com

FILED
IN CLERKS OFFICE
2004 APR 21  P 2: 29
DISTRICT COURT
DISTRICT OF MASS.

April 20, 2004

Jennifer Filo,
Docket Clerk to Judge Gertner
Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

    Re:    <u>James J. Nizzo et al. v. Biopure Corporation et al</u>
              <u>United States District Court Docket No. 04-10065NG</u>

Dear Ms. Filo:

    Pursuant to your request, please find enclosed an Amended Notice of Withdrawal, which contains the original plaintiffs' names in the caption.

    If you have any questions, please do not hesitate to call me at 617-854-4228.

Very truly yours,

Susan E. Stenger

ses-lt court-29437-2
Enclosure
cc:    Samuel Rosen, Esquire
       Marc I. Gross, Esquire
       Service List